# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO VALLEJO, | Case No. 1:10-cv-02352-AWI-SKO (PC) |
| Plaintiff, | ORDER ADDRESSING NOTICE |
| v. | (Doc. 35) |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff Florencio Vallejo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 17, 2010. This action is proceeding on Plaintiff's amended complaint, filed on January 3, 2012, against Defendant Gray for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution.

On April 17, 2014, Plaintiff filed a notice stating that he speaks very little English, he has been relying on the assistance of a jailhouse lawyer, and he requires all future proceedings to be in Spanish. (Doc. 35.)

It is unclear why Plaintiff cannot continue to be assisted by a jailhouse lawyer, as he does not say, but the use of jailhouse lawyers is one recognized avenue available to ensure that non-English speaking and/or illiterate inmates have meaningful access to the courts. *Lewis v. Casey*, 518 U.S. 343, 356-57, 116 S.Ct. 2174 (1996). In any event, Plaintiff's recourse lies with seeking assistance at the prison. *Id.*

Plaintiff is informed that all federal court filings must be in English and the Court cannot provide Plaintiff with translated documents.[1] Defendant Gray likewise is not obligated to provide translation services for Plaintiff via the Attorney General's Office.

Accordingly, by this order, Plaintiff's notice has been ADDRESSED.

IT IS SO ORDERED.

Dated:   **May 1, 2014**                              **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] By separate order, this matter was set for a settlement conference.  The Court is exploring possible options for accommodating Plaintiff's language barrier during the settlement conference, as the services of a federal court interpreter may not be used for cases such as this.  28 U.S.C. §§ 1827, 1828; *Vera v. Gipson*, No. 1:13-cv-00814-AWI-SKO-HC, 2013 WL 6000576, at *1-2 (E.D. Cal. 2013).