# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO VALLEJO, | Case No. 1:10-cv-02352-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| KATHLEEN ALLISON, et al., | (Doc. 41) |
| Defendants. | |

Plaintiff Florencio Vallejo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 17, 2010. This action is proceeding on Plaintiff's amended complaint, filed on January 3, 2012, against Defendant Gray for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

A scheduling order was filed on April 2, 2014, and this action is currently in the discovery phase. On May 9, 2014, Defendant filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

In light of the fact that the Court was previously requested to schedule a settlement conference, Defendant was ordered to notify the Court whether he intended to depose Plaintiff before the settlement conference on June 13, 2014. On May 14, 2014, Defendant filed a response.

///

///

Based on Defendant's explanation and good cause having been shown for the request to depose Plaintiff by videoconference, Defendant's request is HEREBY GRANTED. Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

Dated:   **May 15, 2014**                                    /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE