# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO VALLEJO, | Case No. 1:10-cv-02352-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO TRANSPORT GARY POUCHER FOR SETTLEMENT CONFERENCE |
| v. | |
| KATHLEEN ALLISON, et al., | (Doc. 47) |
| Defendants. | |

Plaintiff Florencio Vallejo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 17, 2010. This action is proceeding on Plaintiff's amended complaint, filed on January 3, 2012, against Defendant Gray for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

On May 15, 2014, Plaintiff filed a motion seeking to have the inmate assisting him with this case, Gary Poucher, transported to court for the settlement conference on June 13, 2014. There will be a Spanish interpreter present during the settlement conference to assist the parties and Judge McAuliffe. This accommodation is sufficient to address the language barrier presented by Plaintiff's inability to speak English.

///
///
///

Accordingly, Plaintiff's motion seeking to have Mr. Poucher present at the settlement conference is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 20, 2014**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE