FILED

JUN 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO VALLEJO, | Case No.: 1:10-cv-02352-AWI-SKO PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF **FLORENCIO VALLEJO, CDCR P-71999**, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

The settlement conference in this matter commenced on June 13, 2014. **Plaintiff Florencio Vallejo, CDCR #p-71999**, has participated and is no longer needed by the Court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

It is so ORDERED.

DATED: 6/13/14

/s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1