# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO VALLEJO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:10-cv-02352-AWI-SKO (PC)<br><br>ORDER DENYING MOTION FOR TRANSCRIPT<br><br>(Doc. 53) |

Plaintiff Florencio Vallejo, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 17, 2010.  This action is proceeding on Plaintiff's amended complaint, filed on January 3, 2012, against Defendant Gray for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment.

On June 18, 2014, Plaintiff filed a motion seeking a transcript of the settlement conference held on June 13, 2014.  There are no transcripts available for settlement conferences, which are both off the record and confidential.  Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　Dated:  **June 19, 2014**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28